David M. Stein (Bar No. 198256)
dstein@olsonstein.com
Nancy M. Olson (Bar No. 260303)
nolson@olsonstein.com
OLSON STEIN LLP
240 Nice Lane, Suite 301
Newport Beach, CA 92663
Tel: (949) 887-4600

Matthew G. Berkowitz (Bar No. 310426)
mberkowitz@reichmanjorgensen.com
Jeff Leung (Bar No. 310960)
jleung@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
*[Additional counsel listed on signature page]*

*Attorneys for Plaintiff and Counterclaim Defendant Corent Technology, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| CORENT TECHNOLOGY, INC.,<br>Plaintiff,<br>vs.<br>AMAZON WEB SERVICES, INC.,<br>Defendant. | Case No. 8:26-cv-00194-JVS-(DFMx)<br>Judge: Hon. James V. Selna<br>**STIPULATION REGARDING MODIFICATION OF SCHEDULING ORDER** |
| AMAZON WEB SERVICES, INC., and AMAZON TECHNOLOGIES, INC.,<br>Counterclaim Plaintiffs,<br>vs.<br>CORENT TECHNOLOGY, INC.,<br>Counterclaim Defendant. | DEMAND FOR JURY TRIAL |

WHEREAS, the parties have met and conferred pursuant to the Court's instructions on the record at the scheduling conference held on July 6, 2026 and the Court's Minutes and Scheduling Order (Dkt. Nos. 52 and 39, in *SAP America, Inc. v. Corent Technology, Inc.* and *Corent Technology, Inc. v. Amazon Web Services, Inc.*, respectively).

IT IS HEREBY STIPULATED, by and between Corent and Amazon, by and through their respective counsel, that the Scheduling Order be modified to include the following:

| **Event** | **Date** |
|---|---|
| Deadline to add parties | September 21, 2026 |
| Technology tutorial | February 20, 2027 (Saturday), 10:30 a.m., Courtroom 10C |

Dated: July 17, 2026

Respectfully submitted,

*/s/ Matthew G. Berkowitz*

David M. Stein (Bar No. 198256)
dstein@olsonstein.com
Nancy M. Olson (Bar No. 260303)
nolson@olsonstein.com
OLSON STEIN LLP
240 Nice Lane, Suite 301
Newport Beach, CA 92663
Tel: (949) 887-4600

Matthew G. Berkowitz (Bar No. 310426)
mberkowitz@reichmanjorgensen.com
Patrick Colsher (Bar No. 336958)
pcolsher@reichmanjorgensen.com
Jeff Leung (Bar No. 310960)
jleung@reichmanjorgensen.com
Timothy A. Trost (Bar No. 340843)

ttrost@reichmanjorgensen.com
Alexander A. Williams (Bar No. 362748)
awilliams@reichmanjorgensen.com
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401

David King (*pro hac vice*)
dking@reichmanjorgensen.com
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310

*Attorneys for Plaintiff and*
*Counterclaim Defendant*
*Corent Technology, Inc.*

Dated: July 17, 2026

Respectfully submitted,

*/s/ J. David Hadden*

J. DAVID HADDEN (CSB No. 176148)
dhadden@fenwick.com
SAINA S. SHAMILOV (CSB No. 215636)
sshamilov@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
VIGEN SALMASTLIAN (CSB No. 276846)
vsalmastlian@fenwick.com
DONNA LONG (CSB No. 312520)
dlong@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

*Attorneys for Defendant and Counterclaim Plaintiff AMAZON WEB SERVICES, INC. and Counterclaim Plaintiff AMAZON TECHNOLOGIES, INC.*

**L.R. 5-4.3.4 ATTESTATION**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: */s/ Matthew G. Berkowitz*