**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CORENT TECHNOLOGY, INC.,<br>Plaintiff,<br>vs.<br>AMAZON WEB SERVICES, INC.,<br>Defendant. | Case No. 8:26-cv-00194-JVS-(DFMx)<br><br>**[PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |
| AMAZON WEB SERVICES, INC., and AMAZON TECHNOLOGIES, INC.,<br>Counterclaim Plaintiffs,<br>vs.<br>CORENT TECHNOLOGY, INC.,<br>Counterclaim Defendant. | |

Before the Court is Corent Technology, Inc. ("Corent") and Amazon Web Services, Inc.'s ("Amazon") Stipulation Regarding Modification of Scheduling Order ("Stipulation") (Dkt. No. 44) whereas the parties have requested modification of the Scheduling Order (Dkt. No. 39) in the above-captioned case to include the following:

| **Event** | **Date** |
| --- | --- |
| Deadline to add parties | September 21, 2026 |
| Technology tutorial | February 20, 2027 (Saturday),<br>10:30 a.m., Courtroom 10C |

After considering the stipulation, the Court orders that the stipulation is granted. Therefore, the Court hereby **ORDERS** as follows:

1. The parties' stipulation is **GRANTED**.
2. The Scheduling Order (Dkt. No. 39) is modified as reflected above.
3. All other dates and provisions of the Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated:

Hon. James V. Selma
UNITED STATES DISTRICT JUDGE